**Scot K. YOCOM, Appellant,**

v.

**Sherry L. YOCOM, Respondent.**

**No. ED 104702**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: July 5, 2017

FOR APPELLANT: Michelle L. Hughes, 3611 Richardson Square Drive, Suite 100, Arnold, MO 63010.

FOR RESPONDENT: Joseph Aubuchon, 104 S. McKinley Avenue, Suite B, Union, MO 63084.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

### PER CURIAM

Scot Yocom ("Husband") appeals from the trial court's judgment modifying Husband's maintenance obligation to Sherry Yocom ("Wife"). The modification judgment increased Husband's maintenance obligation from $275 per month to $600 per month and ordered Husband to pay Wife's attorneys' fees in the amount of $3,000.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).